IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL D. WILLIAMS )
)
v. ) NO. 1:09-0054
) JUDGE CAMPBELL
MARK HACKER, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 38) and Objections filed by the Defendants (Docket No. 42).

The Court has reviewed the Report and Recommendation, the Objections, and the file. The Objections of the Defendants are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 17) is DENIED, and Plaintiff's Motion to Amend Complaint (Docket No. 23) is GRANTED. The Clerk is directed to file Plaintiff's Amended Complaint and its attachments (Docket Nos. 23-1 and 23-2).

Nothing in this Order prohibits Defendants from filing a Motion for Summary Judgment once discovery in this action is completed.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE