IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

```
MICHAEL E. WILLIAMS,          )
                              )
    Plaintiff,                )
                              )    No: 1:09-0054
        v.                    )    Judge Campbell/Bryant
                              )    Jury Demand
MARK HACKER, et al.,          )
                              )
    Defendants.               )
```

**O R D E R**

The Court has received a letter dated August 9, 2010, from plaintiff Williams (Docket Entry No. 51) in which he inquires whether he needs to send a summons and a copy of the recently amended complaint for service on the new defendants.

The Clerk is hereby directed to mail to plaintiff Williams service packets for each defendant who was added to this case by the amended complaint (Docket Entry No. 44). Plaintiff is directed to complete these service packets and return them to the Clerk within **21 days** of the date of receipt of this order. Once these service packets have been returned to the Clerk's Office, process shall issue to the new defendants.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge