UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MICHAEL D. WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:09-0054 |
| MARK HACKER, JESSE STILWAGEN, THOMAS WALLACE, CHERRY LINDAMOOD, and JOHN FERGUSON, | ) ) ) ) ) ) | Judge Sharp |
| Defendants. | ) ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) The Report and Recommendation of the Magistrate Judge (Docket No. 92) is hereby ACCEPTED IN PART and REJECTED IN PART. It is ACCEPTED as to the recommended dismissal of Plaintiff's claims against Defendants Thomas Wallace, Cherry Lindamood, and John Ferguson, but REJECTED with respect to the recommended dismissal of the claim against Defendant Jesse Stilwagen;

(2) Plaintiff's Objections to the Report and Recommendation (Docket No. 95) are OVERRULED as to the claims against Defendant Cherry Lindamood, but SUSTAINED as to the claim against Defendant Jesse Stilwagen;

(3) Defendants' Motion to Dismiss and for Summary Judgment (Docket No. 96) is hereby GRANTED with respect to Plaintiff's claims against Defendants Thomas Wallace, Cherry Lindamood, and John Ferguson, and the claims against those Defendants are hereby DISMISSED WITH PREJUDICE. The Motion is DENIED with respect to the claims against Mark Hacker and

Jesse Stilwagen.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE